In the Matter of EASYLINK SERVICES INTERNATIONAL, INC., Appellant, v NEW YORK STATE TAX APPEALS TRIBUNAL et al., Respondents.

Submitted July 1, 2013; decided September 3, 2013

Motion by Institute for Professionals in Taxation for leave to file a brief amicus curiae on the motion for leave to appeal herein dismissed as academic.

SHAWN GREEN, Appellant, v STATE OF NEW YORK, Respondent.

Submitted June 24, 2013; decided September 3, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

PATRICIA KANE, as Limited Administratrix of the Estate of JEANNE KANE, Deceased, and PATRICIA KANE, Individually, Respondent, v JOHN GALTIERI, Appellant, and MARILYN GALTIERI, Intervenor-Appellant.

Decided September 3, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Papers Rejection Notice appealed from is neither a judgment nor an order from which an appeal to the Court of Appeals may be taken (*see* CPLR 5512 [a]; 5601).

K2 INVESTMENT GROUP, LLC, et al., Respondents-Appellants, v AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY, Appellant-Respondent.

Submitted July 22, 2013; decided September 3, 2013

Motion for reargument granted and case set down for a future session of the Court of Appeals [*see* 21 NY3d 384 (2013)].

Judge ABDUS-SALAAM taking no part.